

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-19-00245-CR

Vanessa **CAMERON**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2010CR4286C
Honorable Velia J. Meza, Judge Presiding

BEFORE JUSTICE ALVAREZ, JUSTICE CHAPA, AND JUSTICE RIOS

In accordance with this court's opinion of this date, the trial court's judgment is AFFIRMED.

SIGNED June 30, 2021.

_Luz Elena D. Chapa_
Luz Elena D. Chapa, Justice